```
               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 13 |
| | ) | |
| NOBLE LOUCKS, | ) | No.      08-31750 |
| | ) | |
|     Debtor. | ) | |
| | ) | Adv. No.  09-03142 |
| NOBLE LOUCKS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANK, N.A., | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

This matter comes before the Court on the Complaint filed by Debtor/Plaintiff NOBLE LOUCKS. The parties, by their respective counsel, appear and announce that the matter is resolved by settlement. The Court, being advised fully in the premises;

IT IS ORDERED that Defendant U.S. BANK, N.A. shall refrain, directly and through its agents, from contacting Debtor or his daughter and shall instead direct all communications to Debtor's counsel, Karl J. Wulff, until such time as the bankruptcy case is concluded and Karl J. Wulff is no longer the Debtor's attorney of record.

IT IS FURTHER ORDERED that Defendant U.S. BANK, N.A., although the Court makes no finding regarding whether or not a violation of the automatic stay has occurred in this instance, shall refrain from any violations of the automatic stay in the future.

IT IS FURTHER ORDERED that, it being the finding of the Court that the real estate at 107 North 81st Street, Belleville, Illinois has been abandoned by the bankruptcy estate and is no longer in the possession or control of the Plaintiff NOBLE LOUCKS but is in the exclusive possession and control of Defendant U.S. BANK, N.A., Defendant U.S. BANK, N.A. shall bear the sole responsibility for preserving its collateral and shall hold harmless Plaintiff NOBLE LOUCKS for the same.

IT IS FURTHER ORDERED that the instant adversary complaint is dismissed with prejudice.

APPROVED:

/s/ KARL J. WULFF                             /s/ CHERYL CONSIDINE

_____       _____
KARL J. WULFF                                 CHERYL CONSIDINE
Counsel for Plaintiff                         Counsel for Defendant
Noble Loucks                                  U.S. Bank, N.A.


ENTERED: September 9, 2009
                                   /s/ Gerald Fines
                              _____
                              UNITED STATES BANKRUPTCY JUDGE